PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO S. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING AND CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C07-00272 JL<br><br>**STIPULATION AND [proposed] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Time: May 16, 2007<br>Date: 9:30 am<br>Place: Courtroom F, 15th floor |

Whereas, the initial Case Management Conference in this matter is currently scheduled for April 25, 2007;

Whereas, defendant Amana Engineering has filed a motion to dismiss, noticed for hearing on May 16, 2007, and defendant American Contractors Indemnity Company intends to also file a motion to dismiss, noticed for hearing on that same day;

Whereas, the Court and parties will be able to more effectively address case management issues in light of the Court's ruling on the motions to dismiss noted above;

Therefore, the Parties jointly stipulate and request that the Court order the Case Management Conference scheduled for April 25, 2007 be rescheduled to May 16, 2007 or such other time as the Court deems appropriate after the hearing on the motions to dismiss.

So Stipulated:

DATED: April 2, 2007

_____
Philip Monrad
Counsel for Plaintiffs

DATED: April 2, 2007

_____/s/_____
Paul V. Simpson
Paul Simpson
Counsel for Defendant Ghazanfari,
dba Rumi Construction

DATED: April ___, 2007

_____/s/_____
Meredith E. Brown
Counsel for Defendant
Oakland Unified School District

DATED: April ___, 2007

_____/s/_____
Mahmoud Abouzeid
Counsel for Defendant Amana
Engineering & Construction, Inc.

DATED: April ___, 2007

_____/s/_____
Linda J. Philips
Counsel for Defendant
American Contractors Indemnity Co.

PURSUANT TO STIPULATION IT IS SO ORDERED

Date: April 6, 2007
_____
Hon.
Magistrate Judge James Larson

**IT IS SO ORDERED**
Judge James Larson
UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA

I attest that concurrence in the filing of this document has been obtained from each of the signatory counsel denoted by "/s/" on their signature line.

STIPULATION AND [proposed] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE
Case No. C02 00272 JL