1  PHILIP C. MONRAD, Calif. Bar No. 151073
2  FRANCISCO S. UGARTE Calif. Bar No. 241710
   LEONARD, CARDER, LLP
3  1330 Broadway, Suite 1450
   Oakland, California 94612
4  Telephone: (510) 272-0169
   Facsimile: (510) 272-0174
5  Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA

10  RAUL AGUILAR, ADAN INFANTE, EDGAR      )   Case No. C07-00272 JL
11  MARTINEZ, DAVID ORTEGA,                )
    CUAUHTEMOC PALMA, HUGO PARDO,          )   **STIPULATION AND [proposed]**
12  MARCO PARDO, ISMAEL PARRA,             )   **ORDER PERMITTING**
    EDUARDO PEREZ, ROSALIO PEREZ,          )   **PLAINTIFFS TO FILE SECOND**
13  MIGUEL RIOS, and DOES 1-10, inclusive, )   **AMENDED COMPLAINT**
                                           )
14                                         )
            Plaintiffs,                    )
15                                         )
                                           )
16  vs.                                    )
                                           )
17  RUMI CONSTRUCTION, a sole proprietorship )
    of HAMID GHAZANFARI; AMANA             )
18  ENGINEERING AND CONSTRUCTION,          )
    INC.; AMERICAN CONTRACTORS             )
19  INDEMNITY CO.; OAKLAND UNIFIED         )
    SCHOOL DISTRICT, and DOES 1-10,        )
20  inclusive,                             )
                                           )
21                                         )
            Defendants.                    )
22  _____    )
23
24
25
26
27
28

All parties participating in this matter,[1] by and through their respective counsel, hereby stipulate to the proposed Order permitting Plaintiffs to file their proposed Second Amended Complaint, attached hereto as Exhibit 1.


So Stipulated:


DATED:  September __17__, 2007                DATED:  September __17__, 2007

_____/s/_____                _____/s/_____
Philip Monrad                                 Linda J. Philips
Counsel for Plaintiffs                        Counsel for Defendant
                                              American Contractors Indemnity Co.


DATED:  September ___17__, 2007               DATED:  September __17__, 2007

_____/s/_____                  _____/s/_____
Meredith E. Brown                             Mahmoud Abouzeid
Counsel for Defendant                         Counsel for Defendant Amana
Oakland Unified School District               Engineering & Construction, Inc.


PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Clerk is directed to file Plaintiffs' Second Amended Complaint attached hereto as Exhibit 1.


Date: _____9-19-07_____     _____
                                             Hon. James Larson
                                             Magistrate Judge James Larson
                                             Judge of U.S. District Court


I attest that concurrence in the filing of this document has been obtained from each of the signatory counsel denoted by "/s/" on their signature line.
_____/s/_____
Philip C. Monrad


_____

[1]  Defendant Ghazanfari, dba Rumi, has filed a petition for Chapter 13 Bankruptcy and is not participating in this action.

STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT
Case No. C02 00272 JL