PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO S. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive,<br><br>    Plaintiffs,<br><br>vs.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING AND CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. C07-00272 JL<br><br>**STIPULATION AND [proposed] ORDER PERMITTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

All parties participating in this matter,[1] by and through their respective counsel, hereby stipulate to the proposed Order permitting Plaintiffs to file their proposed Second Amended Complaint, attached hereto as Exhibit 1.

So Stipulated:

DATED: September __17__, 2007              DATED: September __17__, 2007

_____/s/_____              _____/s/_____
Philip Monrad                                Linda J. Philips
Counsel for Plaintiffs                       Counsel for Defendant
                                             American Contractors Indemnity Co.

DATED: September ___17_, 2007              DATED: September __17_, 2007

_____/s/_____              _____/s/_____
Meredith E. Brown                            Mahmoud Abouzeid
Counsel for Defendant                        Counsel for Defendant Amana
Oakland Unified School District              Engineering & Construction, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The Clerk is directed to file Plaintiffs' Second Amended Complaint attached hereto as Exhibit 1.

Date: September 25, 2007          _____
                                   Hon. James Larson
                                   Magistrate Judge of U.S. District Court

I attest that concurrence in the filing of this document has been obtained from each of the signatory counsel denoted by "/s" on their signature line.
_____/s/_____
Philip C. Monrad

---

[1] Defendant Ghazanfari, dba Rumi, has filed a petition for Chapter 13 Bankruptcy and is not participating in this action.

STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT
Case No. C02 00272 JL