PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO M. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive,<br><br>        Plaintiffs,<br><br>vs.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING & CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. C07-00272 JL<br><br>**CASE MANAGEMENT STATEMENT AND** ~~**PROPOSED**~~ **ORDER**<br><br><br>CMC Date: October 17, 2007<br>Time:        10:00 A.m.<br>Courtroom: F, 15th Floor<br><br><br>Judge: Honorable James Larson<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs and defendants Amana and Oakland Unified School District[1] submit the following Joint Case Management Conference Statement, requesting that the Case Management

---

[1] Defendant Ghazanfari, dba Rumi, has filed a petition for Chapter 13 Bankruptcy and is not participating in this action.  Defendant American Contractors has not responded to Plaintiffs' request that it join this Statement and proposed Order.  Plaintiffs have no reason to believe that American Contractors opposes the other parties' request to reschedule the Case Management Conference.

SECOND CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; *Aguilar et al. v. Rumi et al.*; Case No. C02 01642    Page 1

Conference scheduled for October 17, 2007 be rescheduled to October 24, 2007, while the parties work out the details of a Settlement Agreement disposing of all claims in this matter.

  Plaintiffs and defendant Amana Engineering and Construction, Inc. have reached agreement on a dollar figure which will settle all claims in this case.  Significant procedural issues remain to be worked out, and the parties are presently working on a settlement agreement which, if successful, all parties will execute.  Pursuant to this tentative agreement, the parties have agreed to suspend all discovery and pleading obligations, including defendants' obligation to respond to Plaintiffs' Second Amended Complaint, and to respond to Plaintiffs' Motion for an Order enjoining "summary proceedings" under California Labor Code Section 3201, currently scheduled for hearing on October 25, 2007.  Plaintiffs have also agreed to take this Motion off calendar and hereby respectfully request the Court to do so.

  Accordingly, all parties participating in this matter jointly request the Court to reschedule a Case Management Conference, for October 24, 2007, with the hope and expectation that this Conference can be taken off calendar due to the filing before that time of a Settlement Agreement providing for a dismissal of all claims, counterclaims and interpleader motion.

DATED:  _____/s/_____     DATED:  ____/s/_____
   Philip C. Monrad           Mahmoud Abouzeid, Jr.
   Counsel for Plaintiffs         Counsel for Defendant AMANA
                      Engineering & Construction, Inc.

DATED:_____/s/_____
   Meredith Brown
   Counsel for Defendant
  Oakland Unified School District

  PURSUANT TO STIPULATION, SO ORDERED.  Further Case Management Conference scheduled for ~~October 24, 2007, 10:30 p.m.~~ November 7, 2007 at 10:30 a.m.,  Hearing on Motion Vacated.

DATED:.
   October 11, 2007    *[signature]* Honorable James Larson
                  U.S. Magistrate Judge