PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO M. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive, <br><br> Plaintiffs, <br><br> vs. <br><br> RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING & CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C07-00272 JL <br><br> **CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> CMC Date: November 28, 2007 <br> Time:   10:00 A.m. <br> Courtroom: F, 15th Floor <br><br> Judge: Honorable James Larson <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs and all defendants submit the following Joint Case Management Conference Statement, requesting that the Case Management Conference scheduled for November 28, 2007 be rescheduled to December 10, 2007, while the parties work out the details of a Settlement Agreement disposing of all claims in this matter.

Plaintiffs and defendant Amana Engineering and Construction, Inc. reached agreement in early October on a dollar figure which will settle all claims in this case. Significant procedural

needed to be worked out, and the parties are presently working on a settlement agreement which, if successful, all parties will execute. The remaining issue to be worked out among the parties is the resolution of claims among defendants. Plaintiffs have informed defendants that f this issue is not resolved – either within the settlement agreement or expressly reserving those claims outside the agreement -- within the next two weeks, they will be forced to recommence litigation.

    Pursuant to this tentative agreement, the parties have agreed to suspend all discovery and pleading obligations, including defendants' obligation to respond to Plaintiffs' Second Amended Complaint, and to respond to Plaintiffs' Motion for an Order enjoining "summary proceedings" under California Labor Code Section 3201. Pursuant to Plaintiffs' request, the Court took this motion off calendar after the parties' last Case Management Conference Statement, which asked that the Case Management Conference then scheduled for October 17, 2007 be rescheduled to accommodate the settlement negotiation process.

    Accordingly, all parties jointly request the Court to reschedule a Case Management Conference for December 10, 2007, with the hope and expectation that this Conference can be taken off calendar due to the filing before that time of a Settlement Agreement providing for a dismissal of all claims, counterclaims and interpleader motion.

Nov. 20, 2008: _____/s/_____  
Philip C. Monrad  
Counsel for Plaintiffs

Nov. 20, 2008: _____/s/_____  
Walter Scott  
Counsel for Defendant AMANA  
Engineering & Construction, Inc.

Nov. 20, 2008: _____/s/_____  
Meredith Brown  
Counsel for Defendant  
Oakland Unified School District

Nov. 20, 2008: _____/s/_____  
Charles J. Phillipps  
Counsel for Defendant  
American Contractors Insurance Co.

Nov. 20, 2008: _____/s/_____  
Paul Simpson  
Counsel for Defendant Hamid Ghazanfari, dba Rumi Construction

PURSUANT TO STIPULATION, SO ORDERED. Further Case Management Conference scheduled for ~~December 10, 2007 10:00 a.m.~~   Dec 12, 2007 @ 10:30 a.m.

DATED:. November 26, 2007

_/s/ James Larson_  
Honorable James Larson  
U.S. Magistrate Judge

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On November 20, 2007, I served the following document:

**CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| **Meredith Elayne Brown** | meredithbrown@bryantbrownlaw.com |
| **Mahmoud Abouzeid, Jr.** | abouzeid@abouzeidlaw.com |
| **Marwan Ahmed Harara** | marwanharara@hotmail.com |
| **Charles Philipps** | cphilipps@comcast.net |
| **Paul V. Simpson** | psimpson@sgilaw.com |

I served the foregoing document by electronic mail to the following:

| | |
|---|---|
| **Diana J. Cavanaugh** | djcesq@aol.com |
| **William McInerney** | whm@mcinerney-dillon.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on November 20, 2007

/s/ Kris Paschall