PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO M. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive, <br><br> Plaintiffs, <br><br> vs. <br><br> RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING & CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C07-00272 JL <br><br> **CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> CMC Date: November 12, 2007 <br> Time:     2:30 P.M.. <br> Courtroom: F, 15th Floor <br><br> Judge: Honorable James Larson <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs and all defendants[1] submit the following Joint Case Management Conference Statement, requesting that the Case Management Conference scheduled for December 12, 2007 be rescheduled to January 16, 2007. All Plaintiffs and all defendants except the Oakland Unified School District have signed a Settlement Agreement which will dispose of all of Plaintiffs'

---

[1] This Statement is identical to the Statement filed on December 6, 2007, except defendant Ghazanfari has agreed to join this Statement and its request to reschedule the Conference as requested herein.

claims against all defendants.  Once the Agreement is fully executed and settlement payments made, the parties will submit a stipulated request for an Order dismissing Plaintiffs' claims with prejudice.  Counsel for Oakland Unified School District expects execution of this Settlement Agreement by the appropriate District official in the near future, but not in sufficient time to submit the proposed Order dismissing this case before the December 12 Case Management Conference.

Accordingly, the undersigned parties jointly request the Court to reschedule a Case Management Conference for January 16, 2007, with the hope and expectation that this Conference can be taken off calendar due to the filing before that time of a stipulation and proposed Order dismissing the case with prejudice.

December 6, 2007: _____/s/_____          December 6, 2007: _____/s/_____
          Philip C. Monrad                                      Walter Cook
          Counsel for Plaintiffs                         Counsel for Defendant AMANA
                                                          Engineering & Construction, Inc.

December 6, 2007: __/s/__                 December 6, 2007:___/s/_____
          Meredith Brown                                 Charles J. Phillipps
          Counsel for Defendant                          Counsel for Defendant
          Oakland Unified School District          American Contractors Insurance Co.

December 6, 2007: __/s/_____
          Paul Simpson
Counsel for Defendant Hamid Ghazanfari, dba Rumi Construction


PURSUANT TO STIPULATION, SO ORDERED.  Further Case Management Conference scheduled for January 16, 2007, 10:00 a.m.   [30]

DATED:.   12/7/07

_____
Honorable James Larson
U.S. Magistrate Judge

[IT IS SO ORDERED — Judge James Larson — United States District Court, Northern District of California seal]

**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On December 7, 2007, I served the following document:

**CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| **Meredith Elayne Brown** | meredithbrown@bryantbrownlaw.com |
| **Mahmoud Abouzeid, Jr.** | abouzeid@abouzeidlaw.com |
| **Marwan Ahmed Harara** | marwanharara@hotmail.com |
| **Charles Philipps** | cphilipps@comcast.net |
| **Paul V. Simpson** | psimpson@sgilaw.com |

I served the foregoing document by electronic mail to the following:

| | |
|---|---|
| **Diana J. Cavanaugh** | djcesq@aol.com |
| **William McInerney** | whm@mcinerney-dillon.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December 7, 2007.

/s/ Khae Saechao