PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO M. UGARTE Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING & CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. C07-00272 JL<br><br>**CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>CMC Date: January 16, 2007<br>Time:　　2:30 P.M..<br>Courtroom: F, 15th Floor<br><br>Judge: Honorable James Larson<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Plaintiffs and all defendants submit the following Joint Case Management Conference Statement, requesting that the Case Management Conference scheduled for January 16th, 2008 be rescheduled to February 13th, 2008. All Plaintiffs and all defendants have executed a Settlement Agreement which will dispose of all of Plaintiffs' claims against all defendants. Once the settlement payments are made, the parties will submit a stipulated request for an Order dismissing Plaintiffs' claims with prejudice. Counsel for Oakland Unified School District

expects that the settlement checks will be processed shortly, but not in sufficient time to submit the proposed Order dismissing this case before the January 16th Case Management Conference.

Accordingly, the undersigned parties jointly request the Court to reschedule a Case Management Conference for February 13, 2008, with the hope and expectation that this Conference can be taken off calendar due to the filing before that time of a stipulation and proposed Order dismissing the case with prejudice.

January 8, 2008:    /s/    
    Philip C. Monrad  
    Counsel for Plaintiffs

January 8, 2008:    /s/    
    Walter Cook  
    Counsel for Defendant AMANA  
    Engineering & Construction, Inc.

January 8, 2008:    /s/    
    Meredith Brown  
    Counsel for Defendant  
    Oakland Unified School District

January 8, 2008:    /s/    
    Charles J. Philipps  
    Counsel for Defendant  
    American Contractors Insurance Co.

January 8, 2008:    /s/    
    Paul Simpson  
    Counsel for Defendant Hamid Ghazanfari, dba Rumi Construction

PURSUANT TO STIPULATION, SO ORDERED. Further Case Management Conference scheduled for February 13, 2008, 10:00 a.m.

DATED: January 10, 2008    _____  
    Honorable James Larson  
    U.S. Magistrate Judge