PHILIP C. MONRAD, Calif. Bar No. 151073
FRANCISCO M. UGARTE, Calif. Bar No. 241710
LEONARD, CARDER, LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, MIGUEL RIOS, and DOES 1-10, inclusive,<br><br>Plaintiffs,<br>v.<br><br>RUMI CONSTRUCTION, a sole proprietorship of HAMID GHAZANFARI; AMANA ENGINEERING AND CONSTRUCTION, INC.; AMERICAN CONTRACTORS INDEMNITY CO.; OAKLAND UNIFIED SCHOOL DISTRICT, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C07 00272 JL<br><br>**STIPULATION AND [proposed] ORDER DISMISSING ACTION** |

Plaintiffs RAUL AGUILAR, ADAN INFANTE, EDGAR MARTINEZ, DAVID ORTEGA, CUAUHTEMOC PALMA, HUGO PARDO, MARCO PARDO, ISMAEL PARRA, EDUARDO PEREZ, ROSALIO PEREZ, and MIGUEL RIOS and Defendants HAMID GHAZANFARI, dba RUMI CONSTRUCTION, AMANA ENGINEERING AND CONSTRUCTION, INC., AMERICAN CONTRACTORS INDEMNITY CO, and OAKLAND UNIFIED SCHOOL DISTRICT, by and through their respective counsel, do hereby jointly stipulate and request as follows:

WHEREAS, afore-named plaintiffs and defendants have executed a Settlement Agreement to avoid the expense, uncertainty and distraction of further litigation, said Agreement expressly acknowledging that no party admits liability or wrongdoing of any kind, and said Agreement expressly releasing all claims as between plaintiffs and defendants and reserving all claims as between defendants;

WHEREAS, said Settlement Agreement is hereby incorporated by reference, and attached hereto as Exhibit A;

WHEREAS, said Settlement Agreement calls for plaintiffs and defendants to jointly request that the Court order dismissal of this entire action, with prejudice only as to claims between plaintiffs and defendants;

WHEREAS, said Settlement Agreement calls for the Court to retain jurisdiction to enforce compliance with the Settlement Agreement, but not as to reserved claims between defendants;

WHEREAS, said Settlement Agreement requests that dismissal of this action be without prejudice as to reserved claims between defendants;

THEREFORE, plaintiffs do hereby stipulate and jointly request the Court to issue the proposed Order set out below:

Date: 1/27/07    _____
Philip C. Monrad,
Counsel for PLAINTIFFS

Date: 1/29/07    _____
Walter C. Cook
AMANA ENGINEERING &
CONSTRUCTION, INC.

Date: 12/3/07  _____    Date: 12/4/07  _____
Charles Philipps, counsel for                              Paul V. Simpson
American Contractors                                   Counsel for Hamid Ghazanfari
Indemnity Company

Date: 2/8/08  _____
For
OAKLAND UNIFIED
SCHOOL DISTRICT

PURSUANT TO STIPULATION set out above and the parties' Settlement Agreement incorporated by reference herein, this Court hereby orders that this action be dismissed in its entirety, with prejudice as to claims between plaintiffs and defendants and without prejudice as to claims between defendants, this Court to retain jurisdiction to enforce compliance with Settlement Agreement (but not as to reserved claims between defendants) until full performance of its terms is made.

SO ORDERED. Date: 2/13/08  _____
Honorable James Larson
Magistrate Judge,
United States District Court

Page 14 of 14